# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| Galer C. Bright, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-265 |
| ) | Phillips/Shirley |
| Monroe County Sheriff's Department, ) | |
| Mike Morgan, Jeb Brown, Jim Shaw, ) | |
| Mac Williams, and Doug Watson, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

On November 21, 2006, plaintiff, Galer C. Bright, was ordered to show cause as to why defendants' motion to dismiss should not be granted [Doc. 16]. A motion to dismiss was filed by defendants, Monroe County Sheriff's Department, Jeb Brown, Mike Morgan, Jim Shaw, Doug Watson, and Mac Williams, on October 12, 2006, and plaintiff was ordered to show cause or respond to defendants' motion to dismiss on or before December 21, 2006. To date, plaintiff has failed to respond to the Court's direct order, indicating to the undersigned that she has no interest in proceeding against the defendants in this action.

As stated in the order to show cause, failure to respond or show adequate cause will result in dismissal of the matter pursuant to E.D. TN. LR 7.2. The Court finds that the plaintiff's failure to respond to the defendants' motion to dismiss operates as a waiver of any opposition to the relief sought. Accordingly, defendants' motion to dismiss [Doc. 11]

1

is **GRANTED**, and this case is **DISMISSED** with prejudice on the merits as to defendants, Monroe County Sheriff's Department, Jeb Brown, Mike Morgan, Jim Shaw, Doug Watson, and Mac Williams.

**IT IS SO ORDERED.**

**ENTER**:

s/Thomas W. Phillips
UNITED STATES DISTRICT JUDGE